UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMERTO BACALLAO HERNANDEZ,

                  Petitioner,

    -against-

A. MONTAGARI,

                  Respondent.

23-CV-2043 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 8, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 8, 2023
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge